KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
NICOLAS A. JAMPOL (State Bar No. 244867)
  nicolasjampol@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 S. Figueroa St., Suite 2400
Los Angeles, California 90017
Telephone:    (213) 633-6800
Facsimile:    (213) 633-6899

Attorneys for Defendants
NBCUNIVERSAL MEDIA, LLC; DICK WOLF;
MARK BURNETT; DAVID A. HURWITZ;
UNIVERSAL TELEVISION NETWORKS
GENERAL PARTNERSHP (erroneously sued as
Universal Television Networks, LLC); ONE
THREE TELEVISION, LLC; WOLF REALITY,
LLC; AND BILL'S MARKET & TELEVISION
PRODUCTIONS

DAVID M. MAREK (*pro hac vice*)
  dmarek@liddlerobinson.com
JAMES W. HALTER  (*pro hac vice*)
  jhalter@liddlerobinson.com
LIDDLE & ROBINSON LLP
800 Third Avenue
New York, NY 10022
Telephone:    (212) 687-8500
Facsimile:    (212) 687-1505

Attorneys for Plaintiff
RICHARD DILLON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD DILLON,<br><br>      Plaintiff,<br><br>  vs.<br><br>NBCUNIVERSAL MEDIA, LLC; DICK WOLF; MARK BURNETT; DAVID A. HURWITZ; UNIVERSAL TELEVISION NETWORKS, LLC; ONE THREE TELEVISION, LLC; WOLF REALITY, LLC; and BILL'S MARKET & TELEVISION PRODUCTIONS,<br><br>      Defendants. | Case No. CV12 9728-SJO (AJWx)<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF ALL CLAIMS**<br><br>**(F.R.C.P. 41(a)(1)(A)(ii))** |

1  Plaintiff Richard Dillon, on the one hand, and Defendants NBCUniversal
2  Media, LLC, Dick Wolf, Mark Burnett, David A. Hurwitz, Universal Television
3  Networks General Partnership (erroneously sued as Universal Television Networks,
4  LLC), One Three Television, LLC, Wolf Reality, and Bill's Market & Television
5  Productions, on the other hand, by and through their respective undersigned counsel
6  and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby agree and stipulate to the
7  dismissal of this case, and all claims brought in it, with prejudice.  Each party is to
8  bear its own fees and costs.

9  DATED: January 17, 2014

LIDDLE & ROBINSON, LLP
DAVID M. MAREK
JAMES W. HALTER


By: _____
David M. Marek

Attorneys for Plaintiff
RICHARD DILLON

17  DATED: January 17, 2014

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
NICOLAS A. JAMPOL


By:_____
Kelli L. Sager

Attorneys for Defendants
NBCUNIVERSAL MEDIA, LLC; DICK
WOLF; MARK BURNETT; DAVID A.
HURWITZ; UNIVERSAL TELEVISION
NETWORKS GENERAL
PARTNERSHIP (erroneously sued as
Universal Television Networks, LLC);
ONE THREE TELEVISION, LLC;
WOLF REALITY, LLC; and BILL'S
MARKET & TELEVISION
PRODUCTIONS

STIPULATION OF DISMISSAL WITH PREJUDICE
DWT 23089079v1 0020040-000106

1

Plaintiff Richard Dillon, on the one hand, and Defendants NBCUniversal Media, LLC, Dick Wolf, Mark Burnett, David A. Hurwitz, Universal Television Networks General Partnership (erroneously sued as Universal Television Networks, LLC), One Three Television, LLC, Wolf Reality, and Bill's Market & Television Productions, on the other hand, by and through their respective undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby agree and stipulate to the dismissal of this case, and all claims brought in it, with prejudice. Each party is to bear its own fees and costs.

DATED: February 10, 2014          LIDDLE & ROBINSON, LLP
                                  DAVID M. MAREK
                                  JAMES W. HALTER



                                  By:_____
                                              David M. Marek

                                  Attorneys for Plaintiff
                                  RICHARD DILLON


DATED: February 10, 2014          DAVIS WRIGHT TREMAINE LLP
                                  KELLI L. SAGER
                                  NICOLAS A. JAMPOL



                                  By: _____
                                              Kelli L. Sager

                                  Attorneys for Defendants
                                  NBCUNIVERSAL MEDIA, LLC; DICK
                                  WOLF; MARK BURNETT; DAVID A.
                                  HURWITZ; UNIVERSAL TELEVISION
                                  NETWORKS GENERAL
                                  PARTNERSHIP (erroneously sued as
                                  Universal Television Networks, LLC);
                                  ONE THREE TELEVISION, LLC;
                                  WOLF REALITY, LLC; and BILL'S
                                  MARKET & TELEVISION
                                  PRODUCTIONS