**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send
Enter
Closed
JS-5/JS-6
Scan Only

**CASE NO.:** CV 12-09728 SJO (AJWx):     **DATE:** February 13, 2014

**TITLE:** Richard Dillon v. NBC Universal Inc et al

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                     Not Present
Courtroom Clerk                      Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**    **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the STIPULATION to Dismiss Case pursuant to (F.R.C.P. 41(a)(1)(A)(ii)) filed by Defendants Bills Market and Television Productions, Mark Burnett, David A Hurwitz, NBCUniversal Media, LLC, One Three Television LLC, Paul Telegdy, Universal Television Networks LLC, Dick Wolf, Wolf Reality LLC.[54] filed 02/12/2014. Accordingly, the Court Orders this matter dismissed pursuant to the STIPULATION to Dismiss Case.